**FILED**

08/10/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0223

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0223

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

KATELYN CRAFT,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until September 10, 2020 to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 8 2020